USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
LION OIL TRADING & TRANSPORTATION, INC.,

                Plaintiff,

    -against-

STATOIL MARKETING AND TRADING (US) INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

08 Civ. 11315 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

All counsel having appeared for an initial pre-trial/pre-motion conference on April 24, 2009, the following schedule is established on consent:

1. Plaintiff shall serve and file its motion to consolidate by May 8, 2009;

2. Defendant shall serve and file its opposition to the motion by June 1, 2009;

3. Plaintiff shall serve and file any reply by June 11, 2009; and

4. Oral argument concerning the motion shall be held on June 26, 2009, at 10:30 a.m.

5. The parties shall identify any experts by July 24, 2009;

6. The parties shall complete all fact discovery by September 9, 2009;

7. The parties shall exchange initial expert reports by October 23, 2009;

8. The parties shall exchange rebuttal expert reports by November 13, 2009;

9. The parties shall complete all expert discovery by December 22, 2009;

10. The parties shall submit a joint pre-trial order in accord with this Court's

>Individual Practices by February 5, 2010; and
>
>11.  A final pre-trial conference shall take place on February 11, 2010, at 10:30 a.m.

Dated: April 28, 2009
   New York, New York

SO ORDERED:

_____<br>WILLIAM H. PAULEY III<br>U.S.D.J.

*Counsel of record:*

Mark R. Robeck, Esq.
Baker Botts, L.L.P. (TX)
One Shell Plaza
910 Louisiana
Houston, TX 77002
*Counsel for Plaintiff*

David Peter Langlois, Esq.
Sutherland Asbil & Brennan, LLP(NYC)
1114 Avenue of the Americas
40th Flr.
New York, NY 10036
*Counsel for Defendant*